[No. 6,924.—No. 6,925.]
### FREDERICK v. TIERNEY.

DISMISSAL OF APPEAL—CLERK'S CERTIFICATE—RULES OF COURT.

Motion to dismiss appeal for failing to file transcript.

Department No. 1, by the COURT:

In each of the above causes, it does not appear from the Clerk's certificate that the notice of appeal was served on the respondent or attorneys. The certificates, therefore, do not comply with Rule 4 of this Court.

Motion to dismiss appeal denied.